**No. 49825.**—Protest 103904–K of Joseph Dixon Crucible Co. (Charleston).

Opinion by KEEFE, J. From the testimony of a representative of the plaintiff and that of the inspector and the deputy collector, the court held that only 233 out of 250 bags were imported and therefore directed the collector to reliquidate the entry, assessing duty on the basis of the imported quantity.

BEFORE THE THIRD DIVISION, NOVEMBER 30, 1944

**No. 49826.**—Petition 6438–R of Merck & Co., Inc. (New York).

Opinion by KEEFE, J. At the trial it was established that the entered value was upon the basis of an increased foreign value, and this was acquiesced in by the appraiser, but after entry the results of an investigation then under progress were made known which caused the appraiser to use the United States value as a basis, which caused an increase over the entered value and penalties. A reappraisement appeal was decided in favor of the Government. On the record presented the court was satisfied there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts. The petition was therefore granted.

**No. 49827.**—Petition 6354–R of E. G. James & Co. (New York).

Opinion by KEEFE, J. At the trial several witnesses for the petitioner testified, as well as the United States examiner who testified in behalf of the Government. It appeared that a trial lot of five casks of neatsfoot oil sent on consignment was imported to be sold on commission. From the evidence presented the court was satisfied that in entering the merchandise the petitioner as well as the broker was without intention to defraud the revenue of the United States or to conceal or misrepresent the facts. The petition was therefore granted.

BEFORE THE SECOND DIVISION, DECEMBER 2, 1944

**No. 49828.**—Protest 10288–K of Lester S. Eddington (Pembina).

Opinion by KINCHELOE, J. It was found that the protest was not timely and the Government's motion for dismissal was granted by the court.

**No. 49829.**—Protests 103426–K, etc., of Kassab Bros. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.